**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Barett** <br> First name <br><br> **Evan** <br> Middle name <br><br> **Scherman** <br> Last name and Suffix (Sr., Jr., II, III) | **Susan** <br> First name <br><br> **Averbach** <br> Middle name <br><br> **Scherman** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1544 | xxx-xx-5161 |

Debtor 1 **Barett Evan Scherman**

Debtor 2 **Susan Averbach Scherman**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **875 Francisco St.**<br>**San Francisco, CA 94109**<br>Number, Street, City, State & ZIP Code<br><br>**San Francisco**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 2 of 76

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.    Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 3 of 76

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 4 of 76

Debtor 1 **Barett Evan Scherman**

Debtor 2 **Susan Averbach Scherman**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 5 of 76

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Barett Evan Scherman | /s/ Susan Averbach Scherman |
|---|---|
| **Barett Evan Scherman** | **Susan Averbach Scherman** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **June 11, 2020** | Executed on   **June 11, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 6 of 76

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| Debtor 2 | **Susan Averbach Scherman** | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Merle C. Meyers, Esq.** | Date | **June 11, 2020** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Merle C. Meyers, Esq.**
Printed name

**Meyers Law Group, P.C.**
Firm name

**44 Montgomery St.**
**Ste. 1010**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

| Contact phone | **(415) 362-7500** | Email address | **mmeyers@meyerslawgroup.com** |
|---|---|---|---|

**66849 CA**
Bar number & State

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 7

Certificate Number: 14751-CAN-CC-034514944



14751-CAN-CC-034514944

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 1, 2020</u>, at <u>4:23</u> o'clock <u>PM PDT</u>, <u>BARETT SCHERMAN</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 1, 2020</u>               By:      <u>/s/AMEY AIONO</u>

                                        Name:  <u>AMEY AIONO</u>

                                        Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 14751-CAN-CC-034514949



14751-CAN-CC-034514949

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 1, 2020, at 4:23 o'clock PM PDT, SUSAN SCHERMAN received from $0$ BK Class Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 1, 2020                     By:      /s/AMEY AIONO

                                       Name:    AMEY AIONO

                                       Title:   Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

| | | | |
|---|---|---|---|
| Debtor 1 | **Barett Evan Scherman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Averbach Scherman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Betina Schonberger & Ivy Ross c/o Conor Granahan, Esq. Granahan Law, P.C. 345 Franklin St. San Francisco, CA 94102**

What is the nature of the claim? **Defective workmanship litigation**

$ **$900,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
    Value of security: - $ _____
    Unsecured claim $ _____

Contact _____

Contact phone _____

**2**

**Internal Revenue Service, Sacramento 300 Watt Avenue Sacramento, CA 95821**

What is the nature of the claim? _____

$ **Unknown**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Contact _____ | ☐ | Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| Contact phone _____ | | Unsecured claim | $ _____ |

---

**3**

Sean Bell, Adrianna Perez-Bell, et al.
c/o Orestes A. Cross, Esq.
Valor Legal
2010 Crow Canyon Rd.
San Ramon, CA 94583

**What is the nature of the claim?** **Lawsuit alleging fraud and misrepresentation** $ **$400,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**4**

Maurice S. Kanbar Revocable Trust
Attn: Tsach Gilboa
2100 Jackson St.
San Francisco, CA 94115

**What is the nature of the claim?** **Guaranty on Promissory Note executed by Schermco, Inc.** $ **$200,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**5**

Wood LLP
Attn: Robert Wood
333 Sacramento St.
San Francisco, CA 94111

**What is the nature of the claim?** **Legal Services** $ **$107,174.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**6**

**What is the nature of the claim?** $ **$100,000.00**

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 11 of 76

| Debtor 1 | **Barett Evan Scherman** | |
|---|---|---|
| Debtor 2 | **Susan Averbach Scherman** | Case number *(if known)* |

**workmanship litigation**

**Sharon Osberg**
**c/o Kevin Moore, Esq.**
**Bold, Polisnor, et al.**
**2125 Oak Grove Rd.**
**Walnut Creek, CA 94598**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact _____

Contact phone _____

---

**7**    **Garrett Loube**
**87 Spencer Ave.**
**Sausalito, CA 94965**

What is the nature of the claim?    **Promissory Note**    $ **$100,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact _____

Contact phone _____

---

**8**    **Robert Capron**
**81 Cypress Pl.**
**Sausalito, CA 94965**

What is the nature of the claim?    **Legal Services**    $ **$94,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact _____

Contact phone _____

---

**9**    **Raven Office Centers LLC**
**c/o Jack Praetzellis, Esq.**
**Fox Rothschild LLP**
**345 California St., Ste. 2200**
**San Francisco, CA 94104**

What is the nature of the claim?    **Breach of Contract**    $ **$89,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

_____

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | ■ | No | | |
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

---

**10**

**Carol Gotti**
**202 Orange Blossom Ln.**
**San Rafael, CA 94903**

What is the nature of the claim? **Guaranty on Promissory Note** $ **$50,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

---

**11**

**Anthony Rusen**
**10325 Lubao Ave.**
**Chatsworth, CA 91311**

What is the nature of the claim? **Guaranty on Promissory Note executed by Schermco, Inc.** $ **$50,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

---

**12**

**Wells Fargo Bank**
**420 Montgomery St.**
**San Francisco, CA 94104**

What is the nature of the claim? **Line of Credit** $ **$49,400.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | |
| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| Debtor 2 | **Susan Averbach Scherman** | Case number *(if known)* | |

---

**13**

**Wells Fargo Bank**
**465 California St.**
**San Francisco, CA 94104**

What is the nature of the claim? | **Credit Card - MasterCard** | $ | **$47,932.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**14**

**Chase Visa**
**P.O. Box 15123**
**Wilmington, DE 19850**

What is the nature of the claim? | **Credit Card** | $ | **$47,414.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**15**

**Lawrence Pines**
**762 Grondine Rd.**
**Lafayette, CA 94549**

What is the nature of the claim? | **Guaranty on Promissory Note executed by Schermco, Inc.** | $ | **$35,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**16**

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

What is the nature of the claim? | **Credit Card** | $ | **$29,034.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■

_____

**Does the creditor have a lien on your property?**

_____

_____

Contact

Contact phone

| | |
|---|---|
| ■ | No |
| ☐ | Yes. Total claim (secured and unsecured)   $ _____ |
| | Value of security:      - $ _____ |
| | Unsecured claim      $ _____ |

---

| **17** | **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101 | What is the nature of the claim?    **Credit Card**    $ **$28,038.00** |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

Contact phone

| | |
|---|---|
| ■ | No |
| ☐ | Yes. Total claim (secured and unsecured)   $ _____ |
| | Value of security:      - $ _____ |
| | Unsecured claim      $ _____ |

---

| **18** | **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101 | What is the nature of the claim?    **Credit Card**    $ **$20,042.00** |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

Contact phone

| | |
|---|---|
| ■ | No |
| ☐ | Yes. Total claim (secured and unsecured)   $ _____ |
| | Value of security:      - $ _____ |
| | Unsecured claim      $ _____ |

---

| **19** | **Martin Brotman**<br>79 St. Thomas Way<br>Tiburon, CA 94920 | What is the nature of the claim?    **Promissory Note**    $ **$20,000.00** |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

_____

_____

Contact

Contact phone

| | |
|---|---|
| ■ | No |
| ☐ | Yes. Total claim (secured and unsecured)   $ _____ |
| | Value of security:      - $ _____ |
| | Unsecured claim      $ _____ |

---

| **20** | | What is the nature of the claim?    **Credit Card - Visa**    $ **$19,020.00** |
|---|---|---|

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Barett Evan Scherman** | |
|---|---|---|
| Debtor 2 | **Susan Averbach Scherman** | Case number *(if known)* |

**Wells Fargo Bank**
**465 California St.**
**San Francisco, CA 94104**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

| Part 2: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Barett Evan Scherman**                          X **/s/ Susan Averbach Scherman**
**Barett Evan Scherman**                                  **Susan Averbach Scherman**
Signature of Debtor 1                                         Signature of Debtor 2

Date  **June 11, 2020**                                     Date  **June 11, 2020**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Barett Evan Scherman** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Susan Averbach Scherman** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $        **14,850,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $         **4,546,845.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $        **19,396,845.00** |

**Part 2:    Summarize Your Liabilities**

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        **13,390,067.69** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $           **837,935.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $         **2,440,213.68** |
| | **Your total liabilities** | $        **16,668,216.37** |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $         **4,813.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $         **7,789.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 1,100.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 837,935.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 837,935.00 |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 18 of
76

| Debtor 1 | **Barett Evan Scherman** | |
|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Susan Averbach Scherman** | |
|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

**1.1**

**875 Francisco St.**
Street address, if available, or other description

**San Francisco      CA      94109-0000**
City                 State    ZIP Code

**San Francisco**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scherman and Susan A. Scherman, as Trustors and said Trustees**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$14,850,000.00** | **$14,850,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................=>

| |
|---|
| **$14,850,000.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Make: **Mercedes**
Model: **SLK 32 AMG**
Year: **2003**
Approximate mileage: **35,000**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

$10,000.00

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| **Washer/Dryer** | $500.00 |
| **Refrigerator** | $50.00 |
| **Sofa, chairs, tables, lamps, rugs** | $25,000.00 |
| **Linens and kitchenware** | $1,000.00 |
| **China** | $1,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| **Televisions (7)** | $1,200.00 |

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 20 of 76

| | |
|---|---|
| Stereo | $100.00 |
| Computers (3) | $600.00 |
| Printer | $50.00 |
| Laptop | $150.00 |
| Cell phones (2) | $200.00 |
| iPads | $200.00 |
| Router | $20.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Antiques (Desk, chair, hutch, table) | $5,000.00 |
| 25 pieces of glass sculpture by various artists, 12 of which are currently located at Hermitage Gallery, 227 Jefferson St., San Francisco, CA 94133. | $25,000.00 |
| Eskimo artwork (15) - prints and sculptures | $10,000.00 |
| Paintings and prints (10) | $10,000.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Men's clothes | $1,200.00 |
| Men's shoes | $300.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| | |
|---|---|
| Women's clothes | $8,000.00 |
| Women's shoes and handbags | $1,000.00 |
| Furs | $2,000.00 |

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Costume jewelry | $1,350.00 |
| Wedding band | $500.00 |
| Women's jewelry | $7,000.00 |
| Watches | $1,300.00 |
| Cuff links | $200.00 |

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| | |
|---|---|
| Home gym equipment (treadmill, eliptical machine) | $2,200.00 |
| Generator | $250.00 |

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

|  |
|---|
| $105,870.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................................................

| | |
|---|---|
| Cash | $2,000.00 |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 22 of 76

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
       institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                        Institution name:

| | | | | |
|---|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank** | | **$187.00** |
| 17.2. | **Checking** | **Wells Fargo Bank** | | **$1,663.00** |
| 17.3. | **Savings** | **Wells Fargo Bank** | | **$168.00** |
| 17.4. | **Checking** | **Wells Fargo Bank** | | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Schermco, Inc.** | **100** | % | **$0.00** |
| **B.E. Scherman Co. Inc.** | **100** | % | **$0.00** |
| **SF Rehab LLC** | **.00187** | % | **$1,000.00** |
| **SF Acquisition Fund 2 LLC** | **5.4** | % | **$0.00** |
| **86 Sugarloaf LLC** | **100** | % | **$0.00** |
| **Big View Investors LLC** | **47.6** | % | **$0.00** |
| **Susan Scherman Fine Arts** | **100** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Social Security | Social Security Administration | Unknown |

---

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes.  Give specific information about them...

| | |
|---|---|
| **California State Bar License** | **$0.00** |

---

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ☑ Yes.  Give specific information..

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 24 of
76

| | |
|---|---|
| Estimated value of Barett Scherman's distribution of fifty percent (50%) share of net profits of sale of SF Rehab LLC's real property, 154 Alhambra St., San Francisco, CA 94123. | $50,000.00 |

| | |
|---|---|
| Net Operating Losses for 2017 | $2,148,228.00 |

| | |
|---|---|
| Net Operating Loss for 2018 | $2,227,729.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Metromile Insurance Services LLC - Auto Insurance** | | $0.00 |
| **Anthem Blue Cross - Health Insurance** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................

| |
|---|
| **$4,430,975.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 25 of 76

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** .................................................................................. | $14,850,000.00 |
56.  **Part 2: Total vehicles, line 5** | $10,000.00 |
57.  **Part 3: Total personal and household items, line 15** | $105,870.00 |
58.  **Part 4: Total financial assets, line 36** | $4,430,975.00 |
59.  **Part 5: Total business-related property, line 45** | $0.00 |
60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
61.  **Part 7: Total other property not listed, line 54**   +  | $0.00 |

62.  **Total personal property.** Add lines 56 through 61... | $4,546,845.00 |  Copy personal property total  | $4,546,845.00 |

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | $19,396,845.00 |

| | |
|---|---|
| Debtor 1 | **Barett Evan Scherman** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Susan Averbach Scherman** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt       4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scherman and Susan A.**<br>Line from *Schedule A/B*: **1.1** | $14,850,000.00 | ■  $175,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2003 Mercedes SLK 32 AMG 35,000 miles**<br>Line from *Schedule A/B*: **3.1** | $10,000.00 | ■  $3,325.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Washer/Dryer**<br>Line from *Schedule A/B*: **6.1** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Refrigerator**<br>Line from *Schedule A/B*: **6.2** | $50.00 | ■  $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Sofa, chairs, tables, lamps, rugs**<br>Line from *Schedule A/B*: **6.3** | $25,000.00 | ■    $25,000.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Linens and kitchenware**<br>Line from *Schedule A/B*: **6.4** | $1,000.00 | ■    $1,000.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Televisions (7)**<br>Line from *Schedule A/B*: **7.1** | $1,200.00 | ■    $1,200.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Stereo**<br>Line from *Schedule A/B*: **7.2** | $100.00 | ■    $100.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Computers (3)**<br>Line from *Schedule A/B*: **7.3** | $600.00 | ■    $600.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Printer**<br>Line from *Schedule A/B*: **7.4** | $50.00 | ■    $50.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Laptop**<br>Line from *Schedule A/B*: **7.5** | $150.00 | ■    $150.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Cell phones (2)**<br>Line from *Schedule A/B*: **7.6** | $200.00 | ■    $200.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **iPads**<br>Line from *Schedule A/B*: **7.7** | $200.00 | ■    $200.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Router**<br>Line from *Schedule A/B*: **7.8** | $20.00 | ■    $20.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Men's clothes**<br>Line from *Schedule A/B*: **11.1** | $1,200.00 | ■    $1,200.00<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Men's shoes**<br>Line from *Schedule A/B*: **11.2** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Women's clothes**<br>Line from *Schedule A/B*: **11.3** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Women's shoes and handbags**<br>Line from *Schedule A/B*: **11.4** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Furs**<br>Line from *Schedule A/B*: **11.5** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Wedding band**<br>Line from *Schedule A/B*: **12.2** | $500.00 | ■ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Women's jewelry**<br>Line from *Schedule A/B*: **12.3** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Watches**<br>Line from *Schedule A/B*: **12.4** | $1,300.00 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Home gym equipment (treadmill, eliptical machine)**<br>Line from *Schedule A/B*: **14.1** | $2,200.00 | ■ $2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.050 |
| **Generator**<br>Line from *Schedule A/B*: **14.2** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking: Wells Fargo Bank**<br>Line from *Schedule A/B*: **17.1** | $187.00 | ■ $187.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 29 of 76

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **Checking: Wells Fargo Bank** Line from *Schedule A/B*: **17.2** | $1,663.00 | ■ | $1,663.00 | **C.C.P. § 704.225** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Wells Fargo Bank** Line from *Schedule A/B*: **17.3** | $168.00 | ■ | $168.00 | **C.C.P. § 704.225** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Wells Fargo Bank** Line from *Schedule A/B*: **17.4** | $0.00 | ■ | $0.00 | **C.C.P. § 704.225** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Social Security: Social Security Administration** Line from *Schedule A/B*: **21.1** | Unknown | ☐ | | **C.C.P. § 704.110** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 30 of
76

| | |
|---|---|
| Debtor 1 | **Barett Evan Scherman** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Susan Averbach Scherman** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ **Yes.** Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **2.1** | **Insurance Company of the West**<br>Creditor's Name | Describe the property that secures the claim: | $12,243,067.69 | $14,850,000.00 | $0.00 |

**Insurance Company of the West**
Creditor's Name

c/o Julie L. Schwartz, Esq.
American Assets, Inc.
11455 El Camino Real, Ste. 300
San Diego, CA
92130-2098

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred    **7/16/18**

Describe the property that secures the claim:

> 875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scher

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

Last 4 digits of account number    _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 31 of 76

---

| 2.2 | **Martin Brotman** | Describe the property that secures the claim: | $30,000.00 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**All personal property located at 875 Francisco St., San Francisco CA 94109, except clothing and jewelry.**

**79 St. Thomas Way**
**Tiburon, CA 94920**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 | **Martin Brotman, et al.** | Describe the property that secures the claim: | $614,700.00 | $14,850,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scher**

**79 St. Thomas Way**
**Tiburon, CA 94920**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 6/13/19   **Last 4 digits of account number** _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 32 of 76

Debtor 1  **Barett Evan Scherman**
   First Name   Middle Name   Last Name

Debtor 2  **Susan Averbach Scherman**
   First Name   Middle Name   Last Name

Case number (if known)

| 2.4 | **Rhonda Slade and John Bilmont** | | **$200,000.00** | **$14,850,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scher**

**c/o Lawrence Fasano, Esq.**
**201 Mission St., 12th Fl.**
**San Francisco, CA 94105**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

| 2.5 | **SF Tax Collector** | | **$27,300.00** | **$14,850,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scher**

**P.O. Box 7426**
**San Francisco, CA 94120-7426**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | |
|---|---|---|
| **2.6** **Urban Green Investments, II, LLC** | Describe the property that secures the claim: | $275,000.00    $14,850,000.00    $0.00 |

Creditor's Name

**875 Francisco St. San Francisco, CA 94109  San Francisco County Title held by Barett E. Scherman and Susan A. Scherman, as Trustees under that certain Barett E. and Susan A. Scherman Family Trust dated May 31, 1985, between Barett E. Scher**

**Attn: David McCloskey and John Warner**
**1746 Union St.**
**San Francisco, CA 94123**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$13,390,067.69** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$13,390,067.69** |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the debtor and, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Angelique Jan Pera**
**c/o Vinod Nichani, Esq.**
**Nichani Law Firm**
**111 N. Market St., Ste. 300**
**San Jose, CA 95113**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Belva London**
**423 Hesmer Blvd.**
**Winnipeg, Manitoba, Canada R3P0H8**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Everett G. Barry, Esq.**
**Mulvaney Barry Beatty Linn & Mayers LLP**
**401 West A St., 17th Fl.**
**San Diego, CA 92101**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 34 of 76

| Debtor 1 | **Barett Evan Scherman** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Susan Averbach Scherman** | | | | |
| | First Name | Middle Name | Last Name | | |

☐
Name, Number, Street, City, State & Zip Code
**Mark R. Meyer, Esq.**
**Losch Ehrlich & Meyer**
**750 Battery St., Ste. 700**
**San Francisco, CA 94111**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

☐
Name, Number, Street, City, State & Zip Code
**Rubin Todres**
**407-77 Avenue Rd.**
**Toronto, Ontario, Canada**
**M5R3R3**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

☐
Name, Number, Street, City, State & Zip Code
**Simkin Management**
**c/o Jacqueline Simkin**
**801 Brickell Ave.  Ste. 2350**
**Miami, FL 33131**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

## NOTES TO SCHEDULE D: CREDITORS WHO
## <u>HAVE CLAIMS SECURED BY PROPERTY</u>

Note to Item 2.3 on Schedule D:  Secured creditors as co-beneficiaries holding undivided interests in a secured claim in the amount of $614,700.00, are identified as each of: Martin Brotman, Belva London, Rubin Todres, Simkin Management, and Angelique Jan Pera.

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Averbach Scherman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Service, Sacramento** | | **$837,935.00** | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | | **Unknown** | **Unknown** |
| | **300 Watt Avenue** **Sacramento, CA 95821** | When was the debt incurred? **2013-2018** | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 37 of 76

| 4.1 | **Albertsons/Safeway** | Last 4 digits of account number _____ | $522.68 |

Nonpriority Creditor's Name
**3302 Collection Center Dr.**
**Chicago, IL 60693-0330**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Goods**

---

| 4.2 | **American Express** | Last 4 digits of account number **4006** | $20,042.00 |

Nonpriority Creditor's Name
**P.O. Box 1270**
**Newark, NJ 07101**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

| 4.3 | **American Express** | Last 4 digits of account number **7002** | $29,034.00 |

Nonpriority Creditor's Name
**P.O. Box 1270**
**Newark, NJ 07101**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 38 of 76

| 4.4 | **American Express** | Last 4 digits of account number | 2005 | $28,038.00 |

Nonpriority Creditor's Name
**P.O. Box 1270**
**Newark, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| 4.5 | **Anthem Blue Cross** | Last 4 digits of account number | 2786 | $300.00 |

Nonpriority Creditor's Name
**P.O. Box 54587**
**Los Angeles, CA 90054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Health Insurance**

---

| 4.6 | **Anthony Rusen** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**10325 Lubao Ave.**
**Chatsworth, CA 91311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 3/10/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Guaranty on Promissory Note executed by Schermco, Inc.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 39 of 76

| | | |
|---|---|---|
| **4.7** | **Betina Schonberger & Ivy Ross** | Last 4 digits of account number _____ | **$900,000.00** |

| | |
|---|---|
| **4.7** | **Betina Schonberger & Ivy Ross** |

Nonpriority Creditor's Name
**c/o Conor Granahan, Esq.**
**Granahan Law, P.C.**
**345 Franklin St.**
**San Francisco, CA 94102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$900,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Defective workmanship litigation**

---

| | |
|---|---|
| **4.8** | **Carol Gotti** |

Nonpriority Creditor's Name
**202 Orange Blossom Ln.**
**San Rafael, CA 94903**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty on Promissory Note**

---

| | |
|---|---|
| **4.9** | **Chase Visa** |

Nonpriority Creditor's Name
**P.O. Box 15123**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5018**                    **$47,414.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 40 of 76

| 4.1 0 | **Chase Visa** | Last 4 digits of account number **0493** | **$8,672.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15123**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

| 4.1 1 | **Garrett Loube** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**87 Spencer Ave.**
**Sausalito, CA 94965**
Number Street City State Zip Code

When was the debt incurred? **2/18/18**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

---

| 4.1 2 | **Lawrence Pines** | Last 4 digits of account number _____ | **$35,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**762 Grondine Rd.**
**Lafayette, CA 94549**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty on Promissory Note executed by Schermco, Inc.**

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 41 of 76

| 4.1 3 | **Martin Brotman** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name

**79 St. Thomas Way**

**Tiburon, CA 94920**

Number Street City State Zip Code

**When was the debt incurred?**  **3/16/20**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

| 4.1 4 | **Maurice S. Kanbar Revocable Trust** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name

**Attn: Tsach Gilboa**

**2100 Jackson St.**

**San Francisco, CA 94115**

Number Street City State Zip Code

**When was the debt incurred?**  **4/10/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty on Promissory Note executed by Schermco, Inc.**

---

| 4.1 5 | **Metromile Insurance Services LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**690 Folsom St., Suite 200**

**San Francisco, CA 94107**

Number Street City State Zip Code

**When was the debt incurred?**  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Auto Insurance Policy**

---

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 42 of 76

**4.1 6**

| **Meyers Law Group, P.C.** | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** | **Unknown** |
| **Attn: Merle C. Meyers, Esq.** | | |
| **44 Montgomery St., Ste. 1010** | **When was the debt incurred?** | June 2020 Prepetition Period |
| **San Francisco, CA 94104** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Prepetition legal services and reimbursement of costs**

---

**4.1 7**

| **Neiman Marcus** | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** 4895 | **$5,682.00** |
| **P.O. Box 729080** | | |
| **Dallas, TX 75372** | **When was the debt incurred?** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

**4.1 8**

| **PG&E** | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** 4167 | **$5,788.42** |
| **P.O. Box 997300** | | |
| **Sacramento, CA 95899** | **When was the debt incurred?** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Utility Service**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 4.1 9 | **Public Storage** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**99 So. Van Ness Ave.**
**San Francisco, CA 94103**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Services**

---

| 4.2 0 | **Raven Office Centers LLC** | Last 4 digits of account number _____ | **$89,000.00** |

Nonpriority Creditor's Name
**c/o Jack Praetzellis, Esq.**
**Fox Rothschild LLP**
**345 California St., Ste. 2200**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Breach of Contract**

---

| 4.2 1 | **Robert Capron** | Last 4 digits of account number _____ | **$94,000.00** |

Nonpriority Creditor's Name
**81 Cypress Pl.**
**Sausalito, CA 94965**
Number Street City State Zip Code

When was the debt incurred?   **Various**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Legal Services**

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 44 of 76

| 4.2 2 | **San Francisco Water & Power** | Last 4 digits of account number **0000** | | **$1,402.58** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 7369**

**San Francisco, CA 94120**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Utility Service**

---

| 4.2 3 | **Sean Bell, Adrianna Perez-Bell, et al.** | Last 4 digits of account number | | **$400,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Orestes A. Cross, Esq.**

**Valor Legal**

**2010 Crow Canyon Rd.**

**San Ramon, CA 94583**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lawsuit alleging fraud and misrepresentation**

---

| 4.2 4 | **Sharon Osberg** | Last 4 digits of account number | | **$100,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Kevin Moore, Esq.**

**Bold, Polisnor, et al.**

**2125 Oak Grove Rd.**

**Walnut Creek, CA 94598**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Defective workmanship litigation**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 4.2 5 | **Wells Fargo Bank** | Last 4 digits of account number _____ | | **$49,400.00** |

Nonpriority Creditor's Name
**420 Montgomery St.**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of Credit**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 4.2 6 | **Wells Fargo Bank** | Last 4 digits of account number 5186 | | **$15,140.00** |

Nonpriority Creditor's Name
**465 California St.**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 4.2 7 | **Wells Fargo Bank** | Last 4 digits of account number 1636 | | **$16,652.00** |

Nonpriority Creditor's Name
**465 California**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 46 of 76

| 4.2 8 | | | |
|---|---|---|---|

**Wells Fargo Bank**

Nonpriority Creditor's Name

**465 California St.**
**San Francisco, CA 94104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4363**          $47,932.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card - MasterCard**

---

| 4.2 9 | | | |
|---|---|---|---|

**Wells Fargo Bank**

Nonpriority Creditor's Name

**465 California St.**
**San Francisco, CA 94104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **8603**          $19,020.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card - Visa**

---

| 4.3 0 | | | |
|---|---|---|---|

**Wood LLP**

Nonpriority Creditor's Name

**Attn: Robert Wood**
**333 Sacramento St.**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____          $107,174.00

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal Services**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 47 of 76

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| Debtor 2 | **Susan Averbach Scherman** | Case number (if known) | |

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mordechai Wolowitsch, Esq.**<br>**Michael & Associates, PC**<br>**555 St. Charles Dr., Ste. 204**<br>**Thousand Oaks, CA 91360** | Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number  **8812** |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 837,935.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 837,935.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,440,213.68 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,440,213.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Averbach Scherman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Hermitage Gallery**<br>**227 Jefferson St**<br>**San Francisco, CA 94133** | **Consignment agreement for 12 pieces of glass sculpture.** |
| 2.2 | **Insurance Company of the West**<br>**c/o Julie L. Schwartz, Esq.**<br>**American Assets, Inc.**<br>**11455 El Camino Real, Ste. 300**<br>**San Diego, CA 92130-2098** | **Forbearance Agreement dated 5/22/20** |
| 2.3 | **Martin Brotman, et al.**<br>**79 St. Thomas Way**<br>**Tiburon, CA 94920** | **Settlement Agreement dated May 1, 2020, by and among: Barett E. Scherman; Susan A. Scherman; Barett E. and Susan A. Scherman Family Trust Dated May 31, 1985; Martin Brotman; Belva London; Rubin Todres; Angelique Jan Pera; and Simkin Management.** |
| 2.4 | **Urban Green Investments, II, LLC**<br>**Attn: David McCloskey and John Warner**<br>**1746 Union St.**<br>**San Francisco, CA 94123** | **Settlement Agreement dated 5/25/20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 49 of 76

| Debtor 1 | **Barett Evan Scherman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Averbach Scherman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
     amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                                  12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No
　　■ Yes.

　　　　In which community state or territory did you live?     **California**     . Fill in the name and current address of that person.

　　　　**Susan Averbach Scherman**
　　　　**875 Francisco St.**
　　　　**San Francisco, CA 94109**
　　　　Name of your spouse, former spouse, or legal equivalent
　　　　Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Big View Investors LLC**<br>**875 Francisco St.**<br>**San Francisco, CA 94109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line     **4.23**<br>☐ Schedule G _____<br>**Sean Bell, Adrianna Perez-Bell, et al.** |
| 3.2 | **Schermco Inc.**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | ■ Schedule D, line     **2.1**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Insurance Company of the West** |

Case: 20-30473     Doc# 1     Filed: 06/12/20     Entered: 06/12/20 10:08:16     Page 50 of
76

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.3 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Sharon Osberg** |
|---|---|---|
| 3.4 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Sean Bell, Adrianna Perez-Bell, et al.** |
| 3.5 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Raven Office Centers LLC** |
| 3.6 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Betina Schonberger & Ivy Ross** |
| 3.7 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ■ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Rhonda Slade and John Bilmont** |
| 3.8 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ■ Schedule D, line __2.6__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Urban Green Investments, II, LLC** |
| 3.9 | Schermco, Inc.<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Anthony Rusen** |
| 3.10 | SF Acquisition Fund LLC<br>388 Market St., Ste. 1300<br>San Francisco, CA 94111 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Betina Schonberger & Ivy Ross** |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 51 of 76

| Debtor 1 | **Barett Evan Scherman** | | Case number *(if known)* | |
| | **Susan Averbach Scherman** | | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **SF Rehab LLC**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Carol Gotti** |
| 3.12 | **Schermco, Inc.**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.2___<br>**Insurance Company of the West** |
| 3.13 | **Schermco, Inc.**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.4___<br>**Urban Green Investments, II, LLC** |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 52 of 76

Debtor 1 **Barett Evan Scherman**

Debtor 2 **Susan Averbach Scherman**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Real Estate Developer** | **Consultant; Attorney** |
| | | **Employer's name** | **Self** | **Self** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **875 Francisco St.**<br>**San Francisco, CA 94109** | **875 Francisco St.**<br>**San Francisco, CA 94109** |
| | | **How long employed there?** | **35 years** | **35 years** |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 1,973.00 | $ 840.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **Consulting Fees** | 8h.+ | $ 0.00 + | $ 2,000.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,973.00 | $ 2,840.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,973.00 | + $ 2,840.00 | = | $ 4,813.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12. $ 4,813.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Completion of real estate projects; additional consulting fees**

Fill in this information to identify your case:

Debtor 1 __Barett Evan Scherman__

Debtor 2 __Susan Averbach Scherman__
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number
(If known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ _____ 0.00

   **If not included in line 4:**

   | | | |
   | --- | --- | --- |
   | 4a. | Real estate taxes | 4a. $ _____ 1,833.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 1,500.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
   | 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 55 of 76

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,100.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 456.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 410.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 400.00 |
| 10. | **Personal care products and services** | | 10. $ | 400.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 40.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 100.00 |
| | 15c. | Vehicle insurance | 15c. $ | 50.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,789.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,789.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,813.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,789.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,976.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.        Explain here: _____

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 56 of 76

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Barett Evan Scherman** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Susan Averbach Scherman** |
| (Spouse if, filing) | First Name             Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Barett Evan Scherman** | X **/s/ Susan Averbach Scherman** |
|---|---|
| **Barett Evan Scherman** | **Susan Averbach Scherman** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **June 11, 2020** | Date **June 11, 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Barett Evan Scherman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Averbach Scherman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $5,025.00 |
| | ■ Operating a business | | ■ Operating a business | |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 58 of 76

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions,<br>bonuses, tips | $0.00 | ☐ Wages, commissions,<br>bonuses, tips | $7,170.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions,<br>bonuses, tips | $0.00 | ☐ Wages, commissions,<br>bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until**<br>**the date you filed for bankruptcy:** | **Social Security**<br>**Benefits** | $9,865.00 | **Social Security**<br>**Benefits** | $4,200.00 |
| | **Consulting Services** | $1,500.00 | | |
| | **COVID-19 Federal**<br>**Stimulus** | $1,200.00 | **COVID-19 Federal**<br>**Stimulus** | $1,200.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | **Social Security**<br>**Benefits** | $23,588.00 | **Social Security**<br>**Benefits** | $10,008.00 |
| | **Consulting Services** | $5,000.00 | **Consulting Services** | $7,170.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | **Social Security**<br>**Benefits** | $20,717.00 | **Social Security**<br>**Benefits** | $7,697.00 |
| | **Consulting Services** | $10,000.00 | | |

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ■ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    \* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Case: 20-30473   Doc# 1   Filed: 06/12/20   Entered: 06/12/20 10:08:16   Page 59 of 76

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Sharon Osberg v. Schermco, Inc. and Barett Scherman, et al.**<br>**CIV 1801660** | **Defective workmanship on home. Contractor and roofer also named as defendants.** | **Marin County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Schonberger and Ross v. Schermco, Inc., Barett Scherman, and SF Acquisition 1 LLC**<br>**CGC-18-563735** | **Breach of Contract, etc.** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bell and Perez v. Schermo, Inc., Barett Scherman, and Big View Investors**<br>**CIV 19-01238** | **Fraud and misrepresentation regarding investment in Big View Investors** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Raven Office Systems LLC v. Schermo, Inc.. Barry Scherman, et al.**<br>**CGC-18-569432** | **Breach of Contract (Office Lease)** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Urban Green Investments II, LLC v. Schermco Inc. and Barry Scherman**<br>**CGC-18-566149** | **Breach of Contract** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 4/30/19** |
| **Rhonda Slade and John Bilmont v. Barry Scherman and Schermco, Inc.**<br>**CGC-18-568787** | **Breach of contract, etc.** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 6/3/19** |
| **American Express National Bank f/k/a American Express Centurion Bank v. Barry Scherman**<br>**CGC-20-583031** | **Collection action** | **San Francisco Superior Court**<br>**400 McAllister St.**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **ValuExchange/JewelTree Inc.**<br>**c/o Steven Kay, Esq.**<br>**100 The Embarcadero, The Penthouse**<br>**San Francisco, CA 94105** | **6 carat total weight yellow diamond earrings; surplus of $8,800 from foreclosure sale paid to debtors on May 21, 2020.**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **4/16/20** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Temple Emanuel<br>2 Lake St.<br>San Francisco, CA 94118 | | 8/1/18 | $746.50 |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Meyers Law Group, P.C.<br>Attn: Merle C. Meyers, Esq.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104 | **Payment to Meyers Law Group, P.C. from debtors' personal funds** | 3/23/20 | $6,000.00 |
| Meyers Law Group, P.C.<br>Attn: Merle C. Meyers, Esq.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104<br>Martin Brotman | **Direct transfer to Meyers Law Group, P.C. from Martin Brotman as secured loan to debtors** | 4/21/20 | $30,000.00 |

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 62 of 76

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Meyers Law Group, P.C.<br>Attn: Merle C. Meyers, Esq.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104<br>Steven Kay, Esq.** | **Direct transfer to Meyers Law Group, P.C. from ValuExchange/JewelTree Inc. in return of surplus funds to debtors, from foreclosure sale of collateral** | **5/21/20** | **$8,800.00** |
| **Meyers Law Group, P.C.<br>Attn: Merle C. Meyers, Esq.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104<br>SF Rehab LLC** | **Direct transfer to Meyers Law Group, P.C. from SF Rehab LLC as advance to debtor no. 1 of profit distributions to which he may become entitled** | **6/9/20** | **$50,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **ValueExchange/JewelTree Inc.<br>c/o Steven Kay, Esq.<br>100 The Embarcadero, Penthouse<br>San Francisco, CA 94105**<br><br>**Jeweler** | **Transfer was for security interest only in 6 carat total weight yellow diamond earrings** | **$100,000.00** | **4/16/20** |
| **Martin Brotman<br>79 St. Thomas Way<br>Tiburon, CA 94920**<br><br>**Friend** | **Transfer was for security interest only in all personal property housed at 875 Francisco St., San Francisco, CA 94109, except clothing and jewelry** | **$30,000.00 loan from Mr. Brotman to debtors to pay retainer to bankruptcy counsel** | **4/21/20** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 63 of 76

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☐ **No**
    ☑ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Wells Fargo Bank 1 Montgomery St. San Francisco, CA 94104** | **Barett and Susan Scherman 875 Francisco St. San Francisco, CA 94109** | **Personal papers (no cash, jewelry or securities)** | ☐ No ☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ **No**
    ☑ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage 99 So. Van Ness Ave. San Francisco, CA 94103** | **Barett Scherman 875 Francisco St. San Francisco, CA 94109** | **Schermco, Inc. files, storage cabinets, office supplies, small refrigerator** | ☐ No ☑ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ■ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies. Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Schermco, Inc.**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | **Real estate development**<br><br>**Sean Meuller** | EIN:    **68-1089334**<br><br>From-To  **1989 - Present** |
| **SF Rehab LLC**<br>**388 Market St., Ste. 1300**<br>**San Francisco, CA 94111** | **Real estate development** | EIN:<br><br>From-To  **7/8/2019 - Present** |
| **Susan Scherman Fine Arts**<br>**875 Francisco St.**<br>**San Francisco, CA 94109** | **Fine art consulting services** | EIN:<br><br>From-To  **7/7/2003 - Present** |
| **SF Acquisition Fund No. II LLC**<br>**875 Francisco St.**<br>**San Francisco, CA 94109** | **Real estate investment** | EIN:<br><br>From-To  **2/18/15 - suspended** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | Name of accountant or bookkeeper | Do not include Social Security number or ITIN. |
| | | Dates business existed |
| **Big View Investors LLC** **875 Francisco St.** **San Francisco, CA 94109** | **Real estate investment** | EIN: From-To   **6/28/16 - suspended** |
| **B.E. Scherman Co., Inc.** **875 Francisco St.** **San Francisco, CA 94109** | **Real estate development** | EIN: From-To   **8/6/75 - Present** |
| **86 Sugarloaf LLC** **875 Francisco St.** **San Francisco, CA 94109** | **Real estate development** | EIN: From-To   **3/18/15 - suspended** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐   No
☑   Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Insurance Company of the West** **c/o Julie L. Schwartz, Esq.** **American Assets, Inc.** **11455 El Camino Real, Ste. 300** **San Diego, CA 92130-2098** | **7/2018** |
| **Integrity Credit Corp.** **500 N. State College Blvd., #100** **Orange, CA 92868** | **4/2019** |

---

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Barett Evan Scherman        /s/ Susan Averbach Scherman
**Barett Evan Scherman**           **Susan Averbach Scherman**
**Signature of Debtor 1**             **Signature of Debtor 2**

Date   **June 11, 2020**          Date   **June 11, 2020**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 **Barett Evan Scherman** | |
| Debtor 2 **Susan Averbach Scherman** (Spouse, if filing) | |
| United States Bankruptcy Court for the: Northern District of California | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

04/20

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet for each line. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 1,100.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 1,100.00 | Copy here -> | $ 0.00 | $ 1,100.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 0.00 | | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | | |
| Net monthly income from rental or other real property | | $ 0.00 | Copy here -> | $ 0.00 | $ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 67 of 76

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8.  **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | | |
|---|---|---|
| | $ 0.00 | $ 0.00 |

10.  **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| | $ | $ |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11.  **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

| | | | |
|---|---|---|---|
| $ 0.00 | + $ 1,100.00 | = $ 1,100.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| **Part 2:** | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Barett Evan Scherman**                           X **/s/ Susan Averbach Scherman**
**Barett Evan Scherman**                                 **Susan Averbach Scherman**
Signature of Debtor 1                                    Signature of Debtor 2

Date **June 11, 2020**                                   Date **June 11, 2020**
MM / DD  / YYYY                                          MM / DD  / YYYY

Case: 20-30473    Doc# 1    Filed: 06/12/20    Entered: 06/12/20 10:08:16    Page 69 of 76

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.
    **Barett Evan Scherman**
    **Susan Averbach Scherman**

_____  Debtor(s).     /

<u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of __6__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 11, 2020**

                              **/s/ Merle C. Meyers, Esq.**
                              _____
                              Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Albertsons/Safeway
3302 Collection Center Dr.
Chicago, IL 60693-0330


American Express
P.O. Box 1270
Newark, NJ 07101


Angelique Jan Pera
c/o Vinod Nichani, Esq.
Nichani Law Firm
111 N. Market St., Ste. 300
San Jose, CA 95113


Anthem Blue Cross
P.O. Box 54587
Los Angeles, CA 90054


Anthony Canini
c/o James A. Shepherd, Esq.
Law Offices of James Shepherd
3000 Citrus Circle, Suite 204
Walnut Creek, CA 94598


Anthony Rusen
10325 Lubao Ave.
Chatsworth, CA 91311


Belva London
423 Hesmer Blvd.
Winnipeg, Manitoba, Canada R3P0H8


Betina Schonberger & Ivy Ross
c/o Conor Granahan, Esq.
Granahan Law, P.C.
345 Franklin St.
San Francisco, CA 94102

Big View Investors LLC
875 Francisco St.
San Francisco, CA 94109


Carol Gotti
202 Orange Blossom Ln.
San Rafael, CA 94903


Chase Visa
P.O. Box 15123
Wilmington, DE 19850


Everett G. Barry, Esq.
Mulvaney Barry Beatty Linn & Mayers LLP
401 West A St., 17th Fl.
San Diego, CA 92101


Garrett Loube
87 Spencer Ave.
Sausalito, CA 94965


Hermitage Gallery
227 Jefferson St
San Francisco, CA 94133


Insurance Company of the West
c/o Julie L. Schwartz, Esq.
American Assets, Inc.
11455 El Camino Real, Ste. 300
San Diego, CA 92130-2098


Internal Revenue Service, Sacramento
300 Watt Avenue
Sacramento, CA 95821

Lawrence Pines
762 Grondine Rd.
Lafayette, CA 94549


Mark R. Meyer, Esq.
Losch Ehrlich & Meyer
750 Battery St., Ste. 700
San Francisco, CA 94111


Martin Brotman
79 St. Thomas Way
Tiburon, CA 94920


Martin Brotman, et al.
79 St. Thomas Way
Tiburon, CA 94920


Maurice S. Kanbar Revocable Trust
Attn: Tsach Gilboa
2100 Jackson St.
San Francisco, CA 94115


Metromile Insurance Services LLC
690 Folsom St., Suite 200
San Francisco, CA 94107


Meyers Law Group, P.C.
Attn: Merle C. Meyers, Esq.
44 Montgomery St., Ste. 1010
San Francisco, CA 94104


Mordechai Wolowitsch, Esq.
Michael & Associates, PC
555 St. Charles Dr., Ste. 204
Thousand Oaks, CA 91360

Neiman Marcus
P.O. Box 729080
Dallas, TX 75372


PG&E
P.O. Box 997300
Sacramento, CA 95899


Public Storage
99 So. Van Ness Ave.
San Francisco, CA 94103


Raven Office Centers LLC
c/o Jack Praetzellis, Esq.
Fox Rothschild LLP
345 California St., Ste. 2200
San Francisco, CA 94104


Rhonda Slade and John Bilmont
c/o Lawrence Fasano, Esq.
201 Mission St., 12th Fl.
San Francisco, CA 94105


Robert Capron
81 Cypress Pl.
Sausalito, CA 94965


Rubin Todres
407-77 Avenue Rd.
Toronto, Ontario, Canada
M5R3R3


San Francisco Water & Power
P.O. Box 7369
San Francisco, CA 94120

Schermco Inc.
388 Market St., Ste. 1300
San Francisco, CA 94111


Schermco, Inc.
388 Market St., Ste. 1300
San Francisco, CA 94111


Sean Bell, Adrianna Perez-Bell, et al.
c/o Orestes A. Cross, Esq.
Valor Legal
2010 Crow Canyon Rd.
San Ramon, CA 94583


SF Acquisition Fund LLC
388 Market St., Ste. 1300
San Francisco, CA 94111


SF Rehab LLC
388 Market St., Ste. 1300
San Francisco, CA 94111


SF Tax Collector
P.O. Box 7426
San Francisco, CA 94120-7426


Sharon Osberg
c/o Kevin Moore, Esq.
Bold, Polisnor, et al.
2125 Oak Grove Rd.
Walnut Creek, CA 94598


Simkin Management
c/o Jacqueline Simkin
801 Brickell Ave. Ste. 2350
Miami, FL 33131

Susan Averbach Scherman
875 Francisco St.
San Francisco, CA 94109


Urban Green Investments, II, LLC
Attn: David McCloskey and John Warner
1746 Union St.
San Francisco, CA 94123


Wells Fargo Bank
465 California St.
San Francisco, CA 94104


Wood LLP
Attn: Robert Wood
333 Sacramento St.
San Francisco, CA 94111