```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 20-30473-DM
Barett Evan Scherman                                                Chapter 11
Susan Averbach Scherman
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0971-3          User: rasingh              Page 1 of 2              Date Rcvd: Jun 12, 2020
                              Form ID: 309E1             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db/jdb         +Barett Evan Scherman,    Susan Averbach Scherman,    875 Francisco St.,
                 San Francisco, CA 94109-1322
aty            +Trevor Ross Fehr,    Office of the U.S. Trustee,    280 S 1st St. #268,   San Jose, CA 95113-3004
ust            +Office of the U.S. Trustee / SF,    Phillip J. Burton Federal Building,
                 450 Golden Gate Ave. 5th Fl., #05-0153,    San Francisco, CA 94102-3661
15171932        Albertsons/Safeway,    3302 Collection Center Dr.,    Chicago, IL 60693-0330
15171934       +Angelique Jan Pera,    c/o Vinod Nichani, Esq.,   Nichani Law Firm,
                 111 N. Market St., Ste. 300,    San Jose, CA 95113-1116
15171935       +Anthem Blue Cross,    P.O. Box 54587,    Los Angeles, CA 90054-0587
15171936       +Anthony Canini,    c/o James A. Shepherd, Esq.,   Law Offices of James Shepherd,
                 3000 Citrus Circle, Suite 204,    Walnut Creek, CA 94598-2665
15171937       +Anthony Rusen,    10325 Lubao Ave.,   Chatsworth, CA 91311-1813
15171938        Belva London,    423 Hesmer Blvd.,   Winnipeg, Manitoba, Canada R3P0H8
15171939       +Betina Schonberger & Ivy Ross,    c/o Conor Granahan, Esq.,    Granahan Law, P.C.,
                 345 Franklin St.,    San Francisco, CA 94102-4427
15171940       +Big View Investors LLC,    875 Francisco St.,    San Francisco, CA 94109-1322
15171941       +Carol Gotti,    202 Orange Blossom Ln.,    San Rafael, CA 94903-2506
15171943       +Everett G. Barry, Esq.,    Mulvaney Barry Beatty Linn & Mayers LLP,    401 West A St., 17th Fl.,
                 San Diego, CA 92101-7994
15171944       +Garrett Loube,    87 Spencer Ave.,   Sausalito, CA 94965-2021
15171945        Hermitage Gallery,    227 Jefferson St.,    San Francisco, CA 94133
15171946       +Insurance Company of the West,    c/o Julie L. Schwartz, Esq.,    American Assets, Inc.,
                 11455 El Camino Real, Ste. 300,    San Diego, CA 92130-2088
15171947        Internal Revenue Service, Sacramento,    300 Watt Avenue,    Sacramento, CA 95821
15171948       +Lawrence Pines,    762 Grondine Rd.,   Lafayette, CA 94549-5212
15171949       +Mark R. Meyer, Esq.,    Losch Ehrlich & Meyer,    750 Battery St., Ste. 700,
                 San Francisco, CA 94111-1527
15171950       +Martin Brotman,    79 St. Thomas Way,    Tiburon, CA 94920-1029
15171951       +Martin Brotman, et al.,    79 St. Thomas Way,    Tiburon, CA 94920-1029
15171953       +Metromile Insurance Services LLC,    690 Folsom St., Suite 200,    San Francisco, CA 94107-1397
15171954       +Meyers Law Group, P.C.,    Attn: Merle C. Meyers, Esq.,    44 Montgomery St., Ste. 1010,
                 San Francisco, CA 94104-4612
15171955       +Mordechai Wolowitsch, Esq.,    Michael & Associates, PC,    555 St. Charles Dr., Ste. 204,
                 Thousand Oaks, CA 91360-3992
15171958       +Public Storage,    99 So. Van Ness Ave.,    San Francisco, CA 94103-1226
15171959       +Raven Office Centers LLC,    c/o Jack Praetzellis, Esq.,    Fox Rothschild LLP,
                 345 California St., Ste. 2200,    San Francisco, CA 94104-2670
15171960       +Rhonda Slade and John Bilmont,    c/o Lawrence Fasano, Esq.,    201 Mission St., 12th Fl.,
                 San Francisco, CA 94105-1888
15171961       +Robert Capron,    81 Cypress Pl.,   Sausalito, CA 94965-1511
15171962        Rubin Todres,    407-77 Avenue Rd.,   Toronto, Ontario, Canada,    M5R3R3
15171967       +SF Acquisition Fund LLC,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
15171968       +SF Rehab LLC,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
15171969        SF Tax Collector,    P.O. Box 7426,   San Francisco, CA 94120-7426
15171963       +San Francisco Water & Power,    P.O. Box 7369,    San Francisco, CA 94120-7369
15171964       +Schermco Inc.,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
15171966       +Sean Bell, Adrianna Perez-Bell, et al.,    c/o Orestes A. Cross, Esq.,    Valor Legal,
                 2010 Crow Canyon Rd.,    San Ramon, CA 94583-4634
15171970       +Sharon Osberg,    c/o Kevin Moore, Esq.,    Bold, Polisnor, et al.,    2125 Oak Grove Rd.,
                 Walnut Creek, CA 94598-2536
15171973       +Urban Green Investments, II, LLC,    Attn: David McCloskey and John Warner,    1746 Union St.,
                 San Francisco, CA 94123-4407
15171974       +Wells Fargo Bank,    465 California St.,    San Francisco, CA 94104-1804
15171975       +Wood LLP,    Attn: Robert Wood,    333 Sacramento St.,   San Francisco, CA 94111-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mmeyers@mlg-pc.com Jun 13 2020 04:26:15      Merle C. Meyers,
                 Meyers Law Group, PC,    44 Montgomery St. #1010,    San Francisco, CA  94104
smg             EDI: EDD.COM Jun 13 2020 08:03:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jun 13 2020 08:03:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            +EDI: EDD.COM Jun 13 2020 08:03:00      Chief Tax Collection Section,
                 Employment Development Section,    P.O. Box 826203,    Sacramento, CA 94230-0001
smg             EDI: IRS.COM Jun 13 2020 08:03:00      IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
15171933       +EDI: AMEREXPR.COM Jun 13 2020 08:03:00      American Express,   P.O. Box 1270,
                 Newark, NJ 07101-1270
15171942        EDI: JPMORGANCHASE Jun 13 2020 08:03:00      Chase Visa,   P.O. Box 15123,
                 Wilmington, DE 19850
15171956       +EDI: HFC.COM Jun 13 2020 08:03:00      Neiman Marcus,   P.O. Box 729080,    Dallas, TX 75372-9080
15171957       +E-mail/Text: PGEBankruptcy@pge.com Jun 13 2020 04:27:46      PG&E,   P.O. Box 997300,
                 Sacramento, CA 95899-7300
```

Case: 20-30473    Doc# 5    Filed: 06/14/20    Entered: 06/14/20 21:18:45    Page 1 of 4

```
District/off: 0971-3           User: rasingh            Page 2 of 2              Date Rcvd: Jun 12, 2020
                               Form ID: 309E1           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15172434        +EDI: WFFC.COM Jun 13 2020 08:03:00    Wells Fargo Bank,    420 Montgomery St.,
                 San Francisco, CA 94104-1298
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*           +Big View Investors LLC,    875 Francisco St.,    San Francisco, CA 94109-1322
intp*            Hermitage Gallery,    227 Jefferson St,    San Francisco, CA  94133
intp*           +Insurance Company of the West,    c/o Julie L. Schwartz, Esq.,    American Assets, Inc.,
                 11455 El Camino Real, Ste. 300,    San Diego, CA 92130-2088
intp*           +Martin Brotman, et al.,    79 St. Thomas Way,    Tiburon, CA 94920-1029
intp*           +SF Acquisition Fund LLC,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
intp*           +SF Rehab LLC,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
intp*           +Schermco Inc.,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
intp*           +Schermco, Inc.,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
intp*           +Urban Green Investments, II, LLC,    Attn: David McCloskey and John Warner,    1746 Union St.,
                 San Francisco, CA 94123-4407
15171965*       +Schermco, Inc.,    388 Market St., Ste. 1300,    San Francisco, CA 94111-5316
15171972*       +Susan Averbach Scherman,    875 Francisco St.,    San Francisco, CA 94109-1322
15171952       ##+Maurice S. Kanbar Revocable Trust,    Attn: Tsach Gilboa,    2100 Jackson St.,
                 San Francisco, CA 94115-1528
15171971       ##+Simkin Management,    c/o Jacqueline Simkin,    801 Brickell Ave. Ste. 2350,
                 Miami, FL 33131-4944
                                                                                   TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
              Merle C. Meyers    on behalf of Debtor Barett Evan Scherman mmeyers@mlg-pc.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
              Trevor Ross Fehr    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               trevor.fehr@usdoj.gov
                                                                                               TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Barett Evan Scherman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1544** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Susan Averbach Scherman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5161** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **California Northern Bankruptcy Court** | Date case filed for chapter  **11**   **6/12/20** |
| Case number: | **20–30473 DM 11** | |

Official Form 309E1 (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case
02/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Barett Evan Scherman | Susan Averbach Scherman |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 875 Francisco St. <br> San Francisco, CA 94109 | 875 Francisco St. <br> San Francisco, CA 94109 |
| 4. | **Debtor's attorney** <br> Name and address | Merle C. Meyers <br> Meyers Law Group, PC <br> 44 Montgomery St. #1010 <br> San Francisco, CA 94104 <br> None | Contact phone  (415)362–7500 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address.  You may inspect all records filed in this case online at www.pacer.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone  (888) 821–7606 <br><br> Date: 6/12/20 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | July 21, 2020 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**<br><br>Call in number/URL: 1–877–991–8832<br>Passcode: 4101242 |
| **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |

| | | |
|---|---|---|
| **7. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 9/21/20** |
| **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 10/19/20<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **8. Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **9. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| **10. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

Case: 20-30473    Doc# 5    Filed: 06/14/20    Entered: 06/14/20 21:18:45    Page 4 of 4