# Notice Recipients

District/Off: 0971–3  User: rasingh  Date Created: 6/15/2020
Case: 20–30473  Form ID: STC11  Total: 59

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee / SF          USTPRegion17.SF.ECF@usdoj.gov
aty          Merle C. Meyers          mmeyers@mlg–pc.com
aty          Trevor Ross Fehr          trevor.fehr@usdoj.gov

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Barett Evan Scherman          875 Francisco St.          San Francisco, CA 94109
jdb          Susan Averbach Scherman          875 Francisco St.          San Francisco, CA 94109
intp          Hermitage Gallery          227 Jefferson St          San Francisco, CA 94133
intp          Insurance Company of the West          c/o Julie L. Schwartz, Esq.          American Assets, Inc.          11455 El Camino Real, Ste. 300          San Diego, CA 92130–2098
intp          Martin Brotman, et al.          79 St. Thomas Way          Tiburon, CA 94920
intp          Urban Green Investments, II, LLC          Attn: David McCloskey and John Warner          1746 Union St.          San Francisco, CA 94123
intp          Big View Investors LLC          875 Francisco St.          San Francisco, CA 94109
intp          Schermco Inc.          388 Market St., Ste. 1300          San Francisco, CA 94111
intp          SF Acquisition Fund LLC          388 Market St., Ste. 1300          San Francisco, CA 94111
intp          SF Rehab LLC          388 Market St., Ste. 1300          San Francisco, CA 94111
intp          Schermco, Inc.          388 Market St., Ste. 1300          San Francisco, CA 94111
15171932          Albertsons/Safeway          3302 Collection Center Dr.          Chicago, IL 60693–0330
15171933          American Express          P.O. Box 1270          Newark, NJ 07101
15171934          Angelique Jan Pera          c/o Vinod Nichani, Esq.          Nichani Law Firm          111 N. Market St., Ste. 300          San Jose, CA 95113
15171935          Anthem Blue Cross          P.O. Box 54587          Los Angeles, CA 90054
15171936          Anthony Canini          c/o James A. Shepherd, Esq.          Law Offices of James Shepherd          3000 Citrus Circle, Suite 204          Walnut Creek, CA 94598
15171937          Anthony Rusen          10325 Lubao Ave.          Chatsworth, CA 91311
15171938          Belva London          423 Hesmer Blvd.          Winnipeg, Manitoba, Canada R3P0H8
15171939          Betina Schonberger & Ivy Ross          c/o Conor Granahan, Esq.          Granahan Law, P.C.          345 Franklin St.          San Francisco, CA 94102
15171940          Big View Investors LLC          875 Francisco St.          San Francisco, CA 94109
15171941          Carol Gotti          202 Orange Blossom Ln.          San Rafael, CA 94903
15171942          Chase Visa          P.O. Box 15123          Wilmington, DE 19850
15171943          Everett G. Barry, Esq.          Mulvaney Barry Beatty Linn & Mayers LLP          401 West A St., 17th Fl.          San Diego, CA 92101
15171944          Garrett Loube          87 Spencer Ave.          Sausalito, CA 94965
15171945          Hermitage Gallery          227 Jefferson St          San Francisco, CA 94133
15171946          Insurance Company of the West          c/o Julie L. Schwartz, Esq.          American Assets, Inc.          11455 El Camino Real, Ste. 300          San Diego, CA 92130–2098
15171947          Internal Revenue Service, Sacramento          300 Watt Avenue          Sacramento, CA 95821
15171948          Lawrence Pines          762 Grondine Rd.          Lafayette, CA 94549
15171949          Mark R. Meyer, Esq.          Losch Ehrlich & Meyer          750 Battery St., Ste. 700          San Francisco, CA 94111
15171950          Martin Brotman          79 St. Thomas Way          Tiburon, CA 94920
15171951          Martin Brotman, et al.          79 St. Thomas Way          Tiburon, CA 94920
15171952          Maurice S. Kanbar Revocable Trust          Attn: Tsach Gilboa          2100 Jackson St.          San Francisco, CA 94115
15171953          Metromile Insurance Services LLC          690 Folsom St., Suite 200          San Francisco, CA 94107
15171954          Meyers Law Group, P.C.          Attn: Merle C. Meyers, Esq.          44 Montgomery St., Ste. 1010          San Francisco, CA 94104
15171955          Mordechai Wolowitsch, Esq.          Michael & Associates, PC          555 St. Charles Dr., Ste. 204          Thousand Oaks, CA 91360
15171956          Neiman Marcus          P.O. Box 729080          Dallas, TX 75372
15171957          PG&E          P.O. Box 997300          Sacramento, CA 95899
15171958          Public Storage          99 So. Van Ness Ave.          San Francisco, CA 94103
15171959          Raven Office Centers LLC          c/o Jack Praetzellis, Esq.          Fox Rothschild LLP          345 California St., Ste. 2200          San Francisco, CA 94104
15171960          Rhonda Slade and John Bilmont          c/o Lawrence Fasano, Esq.          201 Mission St., 12th Fl.          San Francisco, CA 94105
15171961          Robert Capron          81 Cypress Pl.          Sausalito, CA 94965
15171962          Rubin Todres          407–77 Avenue Rd.          Toronto, Ontario, Canada          M5R3R3
15171967          SF Acquisition Fund LLC          388 Market St., Ste. 1300          San Francisco, CA 94111
15171968          SF Rehab LLC          388 Market St., Ste. 1300          San Francisco, CA 94111
15171969          SF Tax Collector          P.O. Box 7426          San Francisco, CA 94120–7426
15171963          San Francisco Water & Power          P.O. Box 7369          San Francisco, CA 94120
15171964          Schermco Inc.          388 Market St., Ste. 1300          San Francisco, CA 94111
15171965          Schermco, Inc.          388 Market St., Ste. 1300          San Francisco, CA 94111

| | | | | | |
|---|---|---|---|---|---|
| 15171966 | Sean Bell, Adrianna Perez–Bell, et al. | c/o Orestes A. Cross, Esq. | Valor Legal | 2010 Crow Canyon Rd. | San Ramon, CA 94583 |
| 15171970 | Sharon Osberg | c/o Kevin Moore, Esq. | Bold, Polisnor, et al. | 2125 Oak Grove Rd. | Walnut Creek, CA 94598 |
| 15171971 | Simkin Management | c/o Jacqueline Simkin | 801 Brickell Ave. Ste. 2350 | Miami, FL 33131 | |
| 15171972 | Susan Averbach Scherman | 875 Francisco St. | San Francisco, CA 94109 | | |
| 15171973 | Urban Green Investments, II, LLC | Attn: David McCloskey and John Warner | 1746 Union St. | San Francisco, CA 94123 | |
| 15172434 | Wells Fargo Bank | 420 Montgomery St. | San Francisco, CA 94104 | | |
| 15171974 | Wells Fargo Bank | 465 California St. | San Francisco, CA 94104 | | |
| 15171975 | Wood LLP | Attn: Robert Wood | 333 Sacramento St. | San Francisco, CA 94111 | |

TOTAL: 56